IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     36605 CR 14, RAMAH, COLORADO, 80832;

       Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

**JURISDICTION AND VENUE**

1.     The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881 and 18 U.S.C. § 981(a)(1)(A), seeking forfeiture of defendant property based upon violations of 18 U.S.C. §§ 1956 and 1957, and 21 U.S.C. § 801 *et seq.*  This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as some of the defendant property is located, and most of the acts described occurred in the District of Colorado.

**DEFENDANT PROPERTY**

3.     Defendant property is more fully described as:

1

a.      36605 CR 14, RAMAH, COLORADO, 80832, ("defendant 36605 CR 14"), which is more fully described as:

THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4, THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 15, TOWNSHIP 13 SOUTH, RANGE 59 WEST OF THE 6TH PRINCIPAL MERIDIAN, COUNTY OF ELBERT, STATE OF COLORADO.

Defendant 36605 CR 14 was purchased on August 31, 2016, for $340,000.00.  It is titled to Sady Castillo, a/k/a Sady Barrios, and Eddy Castillo, and upon information and belief is encumbered in the amount of approximately $285,000.00.

## FACTUAL BASIS FOR FORFEITURE

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

### Background

5.      On October 12, 2018, an individual turned in trash bags to the Lincoln County Sheriff's Office (LCSO).  Deputies with the LCSO and the Elbert County Sheriff's Office (ECSO) met to investigate the contents of the bags.

6.      The trash bags contained documents, mail, moldy marijuana, fertilizer containers, invoices from HVAC companies, and receipts for materials associated with the construction of a marijuana grow site.  Some of the mail found was for Sady Barrios and Omar Arzola at 36605 CR 14, Ramah, Colorado, 80832 (hereinafter "defendant 36605 CR 14").

2

7.      On December 14, 2018, Colorado Parks and Wildlife (CPW) executed a search warrant on defendant 36605 CR 14 in relation to a deer poaching investigation. During the execution of the search warrant, officers found a large number of marijuana plants in the garage and basement of the residence.

8.      In November 2019, the ECSO requested assistance from the Colorado Bureau of Investigation Black Market Marijuana Team (BMMT) to help with the continued suspected illegal marijuana grow at defendant 36605 CR 14.

## Investigation

9.      Investigators with the BMMT found that three vehicles were registered to defendant 36605 CR 14: a 2011 Volvo Semi registered to Omar Arzola, a black Ford F250 registered to Omar Arzola, and a Chevrolet Tahoe registered to Sady Barrios.

10.     In addition to the marijuana grow equipment found inside the trash bags turned over to the police in 2018, there were also receipts from The Home Depot, Big R, Grow Depot, Advance Hydro Gardens, and other stores.  There was also mail for Barrios and Arzola.

11.     The items purchased on the Home Depot receipts are items associated with marijuana grows, such as HVAC ducts, foil tape, large numbers of Polystyrene Insulation Sheathing, A/C units, PVC materials, thermostats, timers, 50-Pot Peat Strips, malathion insecticides, etc.  The Home Depot receipts were from stores in both Colorado and Texas.

12.      Upon review of the video and photographs taken during the CPW search warrant executed at 36605 CR 14 on December 14, 2018, investigators learned that multiple individuals were at the property with Arzola the day of the warrant, including Andres Landin.  Landin has a criminal history in Florida and was release from the Florida

Department of Corrections in 2015 after serving a prison sentence for marijuana trafficking.

13.     Video footage of the December 14, 2018, search warrant showed 20 live marijuana plants in the garage of 36605 CR 14, as well as several grow rooms in the basement of the home containing over one hundred marijuana plants in different stages of growth.

Surveillance at 36605 CR 14

14.     Beginning in December 2019, investigators began surveillance at defendant 36605 CR 14.

15.     Investigators observed multiple people and vehicles coming and going from the property, including Arzola and Manuel Cabrera Arteaga.

16.      Investigators also learned that that the kWh usage at defendant 36605 CR 14 was comparable to other houses of similar size from August 2016 to January 2017.  In February 2017, the kWh usage began to increase and developed a cyclical pattern.

17.     Investigators collaborated with Thornton Police and learned that Barrios' Chevrolet Tahoe and Arteaga's Ford truck were also associated to an active illegal marijuana grow investigation involving 13009 Magnolia Street, Thornton, Colorado 80602, and 12912 Leyden Street, Thornton, Colorado 80602.  The Thornton Police Department said that concerned citizens had complained about the odor of marijuana coming from the two properties.

Search Warrants

18.     On May 7, 2020, law enforcement executed a search warrant at defendant 36605 CR 14.

19.     Inside defendant 36605 CR 14, law enforcement found 121 live marijuana plants, and approximately 103 pounds of marijuana product.

20.     On May 7, 2020, law enforcement also executed search warrants at 13009 Magnolia Street, Thornton, Colorado 80602, and 12912 Leyden Street, Thornton, Colorado 80602.

21.     At 12912 Leyden Street and 13009 Magnolia Street, law enforcement found a total of 81 marijuana plants and approximately 24 pounds of marijuana product.  Officers also seized $197,350.00 in United States currency and $3,989.00 in United States currency from 13009 Magnolia Street.

## FINANCIAL INVESTIGATION

22.     Defendant 36605 CR 14 was purchased on August 31, 2016, for $340,000.00.  It is titled to Sady Castillo, a/k/a Sady Barrios, and Eddy Castillo.

23.     Eddy Castillo appears to be the father of Sady Barrios and resides in Florida.  As described below, although Eddy Castillo is on the title and signed as a borrower on the mortgage for Defendant 36605 CR 14, it appears that his daughter, Sady Barrios, occupies the residence, pays the mortgage with drug proceeds, and most other associated costs, such as utility payments.

24.     Both Sady Barrios and Eddy Castillo bank with Wells Fargo Bank and JP Morgan Chase.  Barrios has Wells Fargo account # 9354266109 ("Wells Fargo account # 6109") and JP Morgan Chase account # 563587570 ("JP Morgan Chase account # 7570").  Castillo has Wells Fargo account # 1090015762520 (Wells Fargo account # 2520).

25.     Neither Barrios nor Castillo have ever reported any wages in the state of

Colorado.  Nevertheless, the accounts associated with Barrios and Castillo are funded by either cash deposits or checks.

26.    From November 2016 to April 2020, a total of $73,398.35 was paid toward the mortgage for defendant 36605 CR 14 from Barrios's accounts JP Morgan Chase #7570 ($51,734.99), Wells Fargo account #6109 ($10,373.96), and money orders and cash ($11,232.80).

27.    Beginning in June 2017, Barrios's JP Morgan Chase Bank account # 7570 is funded several times a month by cash deposits in smaller increments.  From January 12, 2017, to April 23, 2020, a total of $108,630.00 in cash was deposited into JP Morgan Chase account # 7570.  During the same time-frame, a total of $51,734.99 was paid from JP Morgan Chase account # 7570 toward the mortgage on defendant 36605 CR 14.

28.    Between May 1, 2017, and October 30, 2018, Wells Fargo account # 6109 received $79,401.00 in cash deposits, which comprised the primary source of funds deposited into the account during this time-frame.  A total of $10,373.96 in mortgage payments was made from this account during this time-frame.

29.    In addition, in November and December 2018, a total of $9,169.80 in money orders was paid toward the mortgage on defendant 36605 CR 14.  On November 18, 2019, a $2,063.00 cash payment was made toward the mortgage on defendant 36605 CR 14.

## Conclusion

30.    Defendant 36605 CR 14 is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6), 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 981(a)(1)(A) for the reasons set forth above.

VERIFICATION OF KEITH WILSON

SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AMMUNITION,

AND EXPLOSIVES

I, Bureau of Alcohol, Tobacco, Firearms, Ammunition, and Explosives Special

Agent, hereby state and aver under the pains and penalties of perjury that I have read

the foregoing Factual Basis for Forfeiture and that the facts and information contained

therein are true.

s/ _____

Digitally signed by Keith Wilson
DN: cn=Keith Wilson, o=Bureau of
ATF, ou=Denver Field Division,
email=keith.wilson@atf.gov, c=US
Date: 2020.07.07 14:31:52 -06'00'

Keith Wilson
Special Agent - ATF

FIRST CLAIM FOR RELIEF

31.     The Plaintiff repeats and incorporates by reference the paragraphs above.

32.     By the foregoing and other acts, defendant, 36605 CR 14, Ramah,

Colorado, 80832, constitutes property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, et seq.,

and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7).

SECOND CLAIM FOR RELIEF

33.     The Plaintiff repeats and incorporates by reference the paragraphs above.

34.     By the foregoing and other acts, defendant, 36605 CR 14, Ramah, Colorado, 80832, constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

THIRD CLAIM FOR RELIEF

35.     The Plaintiff repeats and incorporates by reference the paragraphs above.

36.     By the foregoing and other acts, defendant, 36605 CR 14, Ramah, Colorado, 80832, constitutes real property involved in, or traceable to, the commission of violations of 18 U.S.C. § 1956 and 1957, et seq., and therefore, is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

DATED this 15th day of July 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:   s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*